# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1763476 | 8P824 | 824 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/14/2025 2350

Offense Charged: ☒ CFR ☐ USC ☐ State Code — 41 CFR 102-74.380 D

Place of Offense: 4310 SW MACADAM Driveway

Offense Description: Factual Basis for Charge — Creating a Hazard to persons or things

HAZMAT ☐

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Brookins | Beau | A |

Street Address

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ Total Collateral Due |

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| 1000 SW 3RD Ave Portland, OR 97204 | Date: TBD<br>Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1763476*

CVB SCAN 07/24/2025 16:13

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2025
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/24/2025 16:13